UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY DARNELL MYLES,

       Plaintiff,                                             Case No. 1:09-CV-177

v.                                                                          Hon. Gordon J. Quist

UNKNOWN GASKILL, *et al.*,

       Defendants.
                                    /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action filed on January 8, 2010. The Report and Recommendation was served on Plaintiff by mail on January 11, 2010. On January 28, 2010, the Magistrate Judge entered an order granting Plaintiff's motion for an extension of time to file objections, allowing Plaintiff until February 5, 2010, to file objections. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge filed January 8, 2010, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (docket no. 17) is **GRANTED**, and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.

Dated: March 12, 2010                                                       /s/ Gordon J. Quist
                                                                         GORDON J. QUIST
                                                        UNITED STATES DISTRICT JUDGE